UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    - against -<br><br>BENEYOU, LLC,<br><br>       Defendant. | **ORDER**<br><br>22 Civ. 4702 (PGG) (JW) |

PAUL G. GARDEPHE, U.S.D.J.:

    The Complaint in this case was filed on June 6, 2022.  (Dkt. No. 1)  Defendant was served on September 20, 2022.  (Dkt. No. 6)  To date, Defendant has not responded to the Complaint in any fashion or otherwise appeared.  Accordingly, by **February 23, 2023**, Plaintiff will move for a default judgment against Defendant or show cause why this action should not be dismissed for failure to prosecute.  Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated: New York, New York
    February 10, 2023

                     SO ORDERED.

                     *Paul G. Gardephe*
                     _____
                     Paul G. Gardephe
                     United States District Judge