UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>  -against-<br><br>BENEYOU, LLC.<br><br>     Defendant. | Case No. 1:22-cv-4702<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Forest Hills, New York
    February 21, 2023

                    Respectfully Submitted,

                    **/s/ Mars Khaimov**

                    By: Mars Khaimov, Esq.
                    108-26 64th avenue, Second Floor
                    Forest Hills, New York 11375
                    Tel (929) 324-0717
                    Fax (929) 333-7774
                    Email: mars@khaimovlaw.com
                    *Attorney for Plaintiff*

SO ORDERED.

*[signature: Paul G. Gardephe]*
_____
Paul G. Gardephe
United States District Judge

Dated: February 24, 2023